RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio,<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>Ka Chan, Taki Sushi Restaurant, et al.,<br><br>　　　　　Defendants. | Case Number C13-5691<br><br>NOTICE OF SETTLEMENT |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the parties have entered into a written agreement settling this action. The parties expect to fulfill the terms of settlement on or before June 1, 2015. Plaintiff requests that the matter be stayed until that date. Once the terms are fulfilled, Plaintiff will promptly file a Stipulation for Dismissal and Proposed Order.

/s/ Richard A. Mac Bride

Richard A. Mac Bride, Attorney for Plaintiff

Date: April 22, 2015

_____

Notice of Settlement

-1-