RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,

   Plaintiff,

Vs.

Taki Sushi Restaurant, Ka Chan, and Does 1 to 50 inclusive,

   Defendants.

Case Number C13-5691

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE

Plaintiff Jose Daniel Castillo-Antonio, through his attorney of record, Richard A. Mac Bride, hereby provides notice of voluntary dismissal of this entire matter with respect to all defendants and all causes of action, and requests that the clerk of the Court enter the appropriate notation on the Court's docket.

Law Offices of Richard A. Mac Bride

By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio

June 2, 2015

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE – 13-5691

-1-